UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:

Rene Martens

Debtor(s)

BK No.: 11-28391

Chapter: 7

Honorable Donald R. Cassling

DuPage

## ORDER GRANTING FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF THE LAW OFFICE OF WILLIAM J. FACTOR, LTD., COUNSEL TO THE TRUSTEE

This matter coming before the Court on the FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF THE LAW OFFICE OF WILLIAM J. FACTOR, LTD., COUNSEL TO THE TRUSTEE; and the Court having a sufficient record to enter this Order, finds and orders as follows:

1. The Motion is Granted as provided herein;

2. The Law Office of William J. Factor, Ltd. is awarded fees in the amount of $50,000.00 and granted expense reimbursement in the amount of $12,994.74.

3. The Trustee is authorized to pay the above amounts to The Law Office of William J. Factor, Ltd.

Enter:  *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: November 13, 2015

**Prepared by:**

William J. Factor (6205675)
FACTORLAW
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Tel: (847) 239-7248
Fax: (847) 574-8233