# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RENE MARTENS | § | Case No. 11-28391 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/09/2011. The undersigned trustee was appointed on 06/10/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 150,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 62,994.74 |
| Bank service fees | | 535.08 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 86,470.18 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 04/13/2012 and the deadline for filing governmental claims was 04/13/2012 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 10,750.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 10,750.00 , for a total compensation of $ 10,750.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/04/2016          By:/s/BRENDA PORTER HELMS, TRUSTEE
                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 11-28391 | DRC | Judge: | Donald R Cassling | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | RENE MARTENS | | | | Date Filed (f) or Converted (c): | 07/09/2011 (f) |
| | | | | | 341(a) Meeting Date: | 08/16/2011 |
| For Period Ending: | 01/04/2016 | | | | Claims Bar Date: | 04/13/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 411 & 415 Spring Road, Elmhurst, IL 60126 411: uni | 1,100,000.00 | 0.00 | | 0.00 | FA |
| 2. US Bank checking account joint account holder with | 500.00 | 250.00 | | 0.00 | FA |
| 3. Misc: TV, washer, dryer, stove, refrigerator, beds | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 4. Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 5. Camera | 150.00 | 150.00 | | 0.00 | FA |
| 6. IRA | 30,000.00 | 0.00 | | 0.00 | FA |
| 7. 2003 Toyota Camry 30,500 miles co-owner with spous | 6,000.00 | 1,950.00 | | 0.00 | FA |
| 8. 2001 Ford Windstar 121,450 miles co-owner with spo | 1,025.00 | 1,025.00 | | 0.00 | FA |
| 9. 2005 Nissan Altima 129,600 miles co-owner with spo | 4,175.00 | 2,075.00 | | 0.00 | FA |
| 10. Computer, Printer, Fax | 200.00 | 200.00 | | 0.00 | FA |
| 11. Fraudulent Transfers (u) Initial Trustee filed adversary proceeding (13-00948) to recover fraudulent transfers; adversary pending | Unknown | Unknown | | 150,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $1,143,650.00 $7,150.00 $150,000.00 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Lawsuit filed in US District Court being handled by Arianne Holtschlag
US District Court lawsuit resolved and settlement approved. Waiting for attorney fee application. Trustee preparing TFR

Initial Projected Date of Final Report (TFR): 12/31/2016    Current Projected Date of Final Report (TFR): 12/31/2015

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Exhibit A

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 11-28391  
Case Name: RENE MARTENS  
Taxpayer ID No:  
For Period Ending: 01/04/2016  

Trustee Name: BRENDA PORTER HELMS, TRUSTEE  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX3714  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/15/15 | 11 | Robert W. Baird & Co<br>777 E. Wisconsin Ave.<br>Milwaukee WI 53202 | Settlement of lawsuit | 1241-000 | $30,242.14 | | $30,242.14 |
| 09/15/15 | 11 | Robert W. Baird & Co<br>777 E. Wisconsin Ave.<br>Milwaukee WI 53202 | lawsuit settlement | 1241-000 | $119,757.86 | | $150,000.00 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $115.07 | $149,884.93 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $222.81 | $149,662.12 |
| 11/19/15 | 101 | FactorLaw<br>105 W. Madison St. #1500<br>Chicago IL 60602 | Attorney fees<br>Docket #58 dated 11/13/15 | 3210-000 | | $50,000.00 | $99,662.12 |
| 11/19/15 | 102 | FactorLaw | reimbursement of expenses<br>docket #58 | 3220-000 | | $12,994.74 | $86,667.38 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $197.20 | $86,470.18 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $150,000.00 | $63,529.82 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $150,000.00 | $63,529.82 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $150,000.00 | $63,529.82 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*     Page Subtotals:     $150,000.00     $63,529.82

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3714 - Checking | $150,000.00 | $63,529.82 | $86,470.18 |
|  | $150,000.00 | $63,529.82 | $86,470.18 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $150,000.00 |
| Total Gross Receipts: | $150,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-28391-DRC  
Debtor Name: RENE MARTENS  
Claims Bar Date: 4/13/2012  
Date: January 4, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | BRENDA PORTER HELMS<br>3400 W. LAWRENCE AVENUE<br>CHICAGO, IL 60625 | Administrative | Portion of Trustee compensation to be shared with prior trustee | $0.00 | $1,000.00 | $1,000.00 |
| 100 2990 | PRIOR TRUSTE DAVID E. GROCHOCINSKI<br>DAVID E. GROCHOCINSKI<br>PRIOR TRUSTEE | Administrative | Portion of Trustee compensation to be shared with successor trustee | $0.00 | $9,750.00 | $9,750.00 |
| 100 3110 | INNOVALAW PC<br>1900 Ravinia Palce<br>Orland Park, IL 60462 | Administrative | Fees awarded per order 7/25/14 | $0.00 | $2,752.00 | $2,752.00 |
| 100 3120 | INNOVALAW PC<br>1900 Ravinia Palce<br>Orland Park, IL 60462 | Administrative | Expenses awarded per order 7/25/14 | $0.00 | $5.92 | $5.92 |
| 100 3210 | FACTOR LAW | Administrative | Fees awarded per order [dkt 58] | $0.00 | $50,000.00 | $50,000.00 |
| 100 3220 | FACTOR LAW | Administrative | Expenses awarded per order [dkt 58] | $0.00 | $12,994.74 | $12,994.74 |
| 3 300 7100 | US Bank | Unsecured | | $0.00 | $0.00 | $1,707.30 |
| 1 300 7100 | Community Bank of Elmhurst | Unsecured | | $0.00 | $528,201.96 | $528,201.96 |
| 2 300 7100 | AERMICAN EXPRESS BANK<br>c/o Becket and Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355 | Unsecured | | $0.00 | $0.00 | $12,445.37 |
| | Case Totals | | | $0.00 | $604,704.62 | $618,857.29 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-28391-DRC                                                                                           Date: January 4, 2016
Debtor Name: RENE MARTENS
Claims Bar Date: 4/13/2012

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-28391
Case Name: RENE MARTENS
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

| | | |
|---|---|---|
| Balance on hand | $ | 86,470.18 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS | $ 1,000.00 | $ 0.00 | $ 1,000.00 |
| Attorney for Trustee Fees: INNOVALAW PC | $ 2,752.00 | $ 0.00 | $ 2,752.00 |
| Attorney for Trustee Expenses: INNOVALAW PC | $ 5.92 | $ 0.00 | $ 5.92 |
| Other: FACTOR LAW | $ 50,000.00 | $ 50,000.00 | $ 0.00 |
| Other: FACTOR LAW | $ 12,994.74 | $ 12,994.74 | $ 0.00 |
| Fees: PRIOR TRUSTE DAVID E. GROCHOCINSKI | $ 9,750.00 | $ 0.00 | $ 9,750.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 13,507.92 |
| Remaining Balance | $ 72,962.26 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 542,354.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | US Bank | $ 1,707.30 | $ 0.00 | $ 229.68 |
| 1 | Community Bank of Elmhurst | $ 528,201.96 | $ 0.00 | $ 71,058.32 |
| 2 | AERMICAN EXPRESS BANK | $ 12,445.37 | $ 0.00 | $ 1,674.26 |
| | Total to be paid to timely general unsecured creditors | | $ | 72,962.26 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE