# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RENE MARTENS | § | Case No. 11-28391 |
| | § | |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on Friday, February 5, 2016 in Courtroom 240,
Kane County Courthouse
100 S. Third Street
Geneva Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: /s/ Brenda Porter Helms
                                          Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
RENE MARTENS § Case No. 11-28391
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 150,000.00 |
| and approved disbursements of | $ | 63,529.82 |
| leaving a balance on hand of[1] | $ | 86,470.18 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: BRENDA PORTER HELMS | $ 1,000.00 | $ 0.00 | $ 1,000.00 |
| Attorney for Trustee Fees: INNOVALAW PC | $ 2,752.00 | $ 0.00 | $ 2,752.00 |
| Attorney for Trustee Expenses: INNOVALAW PC | $ 5.92 | $ 0.00 | $ 5.92 |
| Other: FACTOR LAW | $ 50,000.00 | $ 50,000.00 | $ 0.00 |
| Other: FACTOR LAW | $ 12,994.74 | $ 12,994.74 | $ 0.00 |
| Fees: PRIOR TRUSTE DAVID E. GROCHOCINSKI | $ 9,750.00 | $ 0.00 | $ 9,750.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 13,507.92 |
| Remaining Balance | $ 72,962.26 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 542,354.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | US Bank | $ 1,707.30 | $ 0.00 | $ 229.68 |
| 1 | Community Bank of Elmhurst | $ 528,201.96 | $ 0.00 | $ 71,058.32 |
| 2 | AERMICAN EXPRESS BANK | $ 12,445.37 | $ 0.00 | $ 1,674.26 |
| | Total to be paid to timely general unsecured creditors | | $ | 72,962.26 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Brenda Porter Helms
                Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                      Case No. 11-28391-DRC
Rene C Martens                                              Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: arodarte              Page 1 of 2                  Date Rcvd: Jan 06, 2016
                              Form ID: pdf006             Total Noticed: 13
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 08, 2016.
db              #+Rene C Martens,    415 S. Spring Rd,    Elmhurst, IL 60126-3801
17523475        +American Express,    P.O. Box 981535,    El Paso, TX 79998-1535
18535787         American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17523476        +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
21811332        +Community Bank of Elmhurst,    c/o Vincent Robertelli,    130 S. Bloomingdale Rd.,
                  Bloomingdale, IL 60108-1240
17523478        +Community Bank of Elmhurst,    c/o Gina Krol,    105 W. Madison St., Ste. 1100,
                  Chicago, IL 60602-4600
17523480        +Eos Cca,    700 Longwater Dr,    Norwell, MA 02061-1624
17523482         Giagnorio& Robertelli, Ltd.,    130 S. Bloomingdale Rd.,    PO BOX 726,
                  Bloomingdale, IL 60108-0726
17523484        +Secretary of State,    Dept. of Adm Hearings, Spprt Svcs,    Michael J. Howlett Building, 2 Floo,
                  Springfield, IL 62756-0001
17523485        +Simmons 1st National,    501 Main St,    Pine Bluff, AR 71601-4327
18582771        ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: US BANK NA,    BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
                  CINCINNATI, OH 45201-5229)
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17523479        +E-mail/Text: collector@dupageco.org Jan 07 2016 00:47:36      DuPage County Collector,
                  421 N. County Farm Rd.,    Wheaton, IL 60187-3992
17523483        +E-mail/Text: bankrup@aglresources.com Jan 07 2016 00:46:55      Nicor Gas,    Bankruptcy Dept.,
                  PO BOX 549,    Aurora, IL 60507-0549
                                                                                               TOTAL: 2
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17523477          Com Bk Of El
17523481          GHM Spring Road LLC
17523486*        ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: Us Bank/na Nd,    Po Box 5229,    Cincinnati, OH 45201)
                                                                                               TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2016                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 6, 2016 at the address(es) listed below:
         Ariane   Holtschlag    on behalf of Plaintiff David E Grochocinski aholtschlag@wfactorlaw.com,
          bharlow@wfactorlaw.com;gsullivan@ecf.inforuptcy.com
         Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,    bhelms@ecf.epiqsystems.com
         Brenda Porter Helms, ESQ    on behalf of Trustee David E Grochocinski brenda.helms@albanybank.com,
          bhelms@ecf.epiqsystems.com
         Gina B Krol, ESQ    on behalf of Creditor    Community Bank of Elmhurst gkrol@cohenandkrol.com,
          gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
         James A Young    on behalf of Debtor 1 Rene C Martens jyoung@jamesyounglaw.com,
          sarai@jamesyounglaw.com
         Kathleen M. McGuire    on behalf of Attorney    InnovaLaw, P.C. kathleenmmcguirelaw@gmail.com,
          kmmcguirelaw@aol.com,lawyers@innovalaw.com,khubert@innovalaw.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
```

```
District/off: 0752-1          User: arodarte             Page 2 of 2             Date Rcvd: Jan 06, 2016
                              Form ID: pdf006            Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        William J Factor    on behalf of Plaintiff David E Grochocinski wfactor@wfactorlaw.com, wfactorlaw@gmail.com;bharlow@wfactorlaw.com;wfactor@ecf.inforuptcy.com;wfactormyecfmail@gmail.com
        William J Factor    on behalf of Trustee Brenda Porter Helms, ESQ wfactor@wfactorlaw.com, wfactorlaw@gmail.com;bharlow@wfactorlaw.com;wfactor@ecf.inforuptcy.com;wfactormyecfmail@gmail.com
                                          TOTAL: 9