# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RENE MARTENS | § | Case No. 11-28391 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,107,150.00 *(Without deducting any secured claims)* | Assets Exempt: 36,500.00 |
| Total Distributions to Claimants: 72,962.26 | Claims Discharged Without Payment:  2,152,576.46 |
| Total Expenses of Administration:  77,037.74 | |

3) Total gross receipts of $ 150,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 150,000.00  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,642,504.69 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 77,037.74 | 77,037.74 | 77,037.74 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 40,679.40 | 528,201.96 | 542,354.63 | 72,962.26 |
| **TOTAL DISBURSEMENTS** | $ 1,683,184.09 | $ 605,239.70 | $ 619,392.37 | $ 150,000.00 |

4)  This case was originally filed under chapter 7 on  07/09/2011 .  The case was pending for 59 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  05/26/2016                              By:/s/BRENDA PORTER HELMS, TRUSTEE
                                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Fraudulent Transfers | 1241-000 | 150,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 150,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Community Bank of Elmhurst 330 W. Butterfield Rd. Elmhurst, IL 60126 | | 1,609,504.69 | NA | NA | 0.00 |
| | DuPage County Collector 421 N. County Farm Rd. Wheaton, IL 60189 | | 33,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 1,642,504.69** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRENDA PORTER HELMS | 2100-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| Associated Bank | 2600-000 | NA | 535.08 | 535.08 | 535.08 |
| PRIOR TRUSTE DAVID E. GROCHOCINSKI | 2990-000 | NA | 9,750.00 | 9,750.00 | 9,750.00 |
| INNOVALAW PC | 3110-000 | NA | 2,752.00 | 2,752.00 | 2,752.00 |
| INNOVALAW PC | 3120-000 | NA | 5.92 | 5.92 | 5.92 |
| FACTOR LAW | 3210-000 | NA | 50,000.00 | 50,000.00 | 50,000.00 |
| FACTOR LAW | 3220-000 | NA | 12,994.74 | 12,994.74 | 12,994.74 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 77,037.74 | $ 77,037.74 | $ 77,037.74 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express P.O. Box 981535 El Paso, TX 79998 | | 12,189.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 18,266.00 | NA | NA | 0.00 |
| | Com Bk Of El | | 342.00 | NA | NA | 0.00 |
| | Eos Cca 700 Longwater Dr Norwell, MA 02061 | | 147.00 | NA | NA | 0.00 |
| | Nicor Gas Bankruptcy Dept. PO BOX 549 Aurora, IL 60507 | | 2,385.40 | NA | NA | 0.00 |
| | Secretary of State Dept. of Adm Hearings, Spprt Svcs Michael J. Howlett Building, 2 Floo Springfield, IL 62756 | | 550.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Simmons 1st National 501 Main St Pine Bluff, AR 71601 | | 5,059.00 | NA | NA | 0.00 |
| | Us Bank/na Nd Po Box 5229 Cincinnati, OH 45201 | | 1,741.00 | NA | NA | 0.00 |
| 2 | AERMICAN EXPRESS BANK | 7100-000 | NA | 0.00 | 12,445.37 | 1,674.26 |
| 1 | Community Bank of Elmhurst | 7100-000 | NA | 528,201.96 | 528,201.96 | 71,058.32 |
| | US Bank | 7100-000 | NA | 0.00 | 1,707.30 | 229.68 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 40,679.40 | $ 528,201.96 | $ 542,354.63 | $ 72,962.26 |

**FORM 1**
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| Case No: | 11-28391 | DRC | Judge: | Donald R Cassling | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | RENE MARTENS | | | | Date Filed (f) or Converted (c): | 07/09/2011 (f) |
| | | | | | 341(a) Meeting Date: | 08/16/2011 |
| For Period Ending: | 05/26/2016 | | | | Claims Bar Date: | 04/13/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  411 & 415 Spring Road, Elmhurst, IL 60126 411: uni | 1,100,000.00 | 0.00 | | 0.00 | FA |
| 2.  US Bank checking account joint account holder with | 500.00 | 250.00 | | 0.00 | FA |
| 3.  Misc: TV, washer, dryer, stove, refrigerator, beds | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 4.  Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 5.  Camera | 150.00 | 150.00 | | 0.00 | FA |
| 6.  IRA | 30,000.00 | 0.00 | | 0.00 | FA |
| 7.  2003 Toyota Camry 30,500 miles co-owner with spous | 6,000.00 | 1,950.00 | | 0.00 | FA |
| 8.  2001 Ford Windstar 121,450 miles co-owner with spo | 1,025.00 | 1,025.00 | | 0.00 | FA |
| 9.  2005 Nissan Altima 129,600 miles co-owner with spo | 4,175.00 | 2,075.00 | | 0.00 | FA |
| 10.  Computer, Printer, Fax | 200.00 | 200.00 | | 0.00 | FA |
| 11.  Fraudulent Transfers                       (u)<br><br>Initial Trustee filed adversary proceeding (13-00948) to recover fraudulent transfers; adversary pending | Unknown | Unknown | | 150,000.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $1,143,650.00      $7,150.00      $150,000.00      $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Lawsuit filed in US District Court being handled by Arianne Holtschlag
US District Court lawsuit resolved and settlement approved.   Waiting for attorney fee application.  Trustee preparing TFR

Initial Projected Date of Final Report (TFR): 12/31/2016      Current Projected Date of Final Report (TFR): 12/31/2015

Exhibit 8

Case 11-28391  Doc 65  Filed 06/02/16  Entered 06/02/16 14:15:25  Desc Main
Document  Page 9 of 11

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 11-28391
Case Name: RENE MARTENS

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: Associated Bank
Account Number/CD#: XXXXXX3714
Checking

Taxpayer ID No: XX-XXX0206
For Period Ending: 05/26/2016

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/15/15 | 11 | Robert W. Baird & Co 777 E. Wisconsin Ave. Milwaukee WI 53202 | Settlement of lawsuit | 1241-000 | $30,242.14 | | $30,242.14 |
| 09/15/15 | 11 | Robert W. Baird & Co 777 E. Wisconsin Ave. Milwaukee WI 53202 | lawsuit settlement | 1241-000 | $119,757.86 | | $150,000.00 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $115.07 | $149,884.93 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $222.81 | $149,662.12 |
| 11/19/15 | 101 | FactorLaw 105 W. Madison St. #1500 Chicago IL 60602 | Attorney fees Docket #58 dated 11/13/15 | 3210-000 | | $50,000.00 | $99,662.12 |
| 11/19/15 | 102 | FactorLaw | reimbursement of expenses docket #58 | 3220-000 | | $12,994.74 | $86,667.38 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $197.20 | $86,470.18 |
| 02/05/16 | 103 | BRENDA PORTER HELMS 3400 W. LAWRENCE AVENUE CHICAGO, IL 60625 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,000.00 | $85,470.18 |
| 02/05/16 | 104 | PRIOR TRUSTE DAVID E. GROCHOCINSKI DAVID E. GROCHOCINSKI PRIOR TRUSTEE | Final distribution representing a payment of 100.00 % per court order. | 2990-000 | | $9,750.00 | $75,720.18 |
| 02/05/16 | 105 | INNOVALAW PC 1900 Ravinia Palce Orland Park, IL 60462 | Distribution | | | $2,757.92 | $72,962.26 |
| | | INNOVALAW PC | Final distribution representing a payment of 100.00 % per court order. ($2,752.00) | 3110-000 | | | |
| | | INNOVALAW PC | Final distribution representing a payment of 100.00 % per court order. ($5.92) | 3120-000 | | | |

Page Subtotals: $150,000.00  $77,037.74

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 11-28391 | | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE | Exhibit 9 |
| Case Name: | RENE MARTENS | | | Bank Name: | Associated Bank | |
| | | | | Account Number/CD#: | XXXXXX3714 | |
| | | | | | Checking | |
| Taxpayer ID No: | XX-XXX0206 | | | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 05/26/2016 | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/05/16 | 106 | US Bank | Final distribution representing a payment of 13.45 % per court order. | 7100-000 | | $229.68 | $72,732.58 |
| 02/05/16 | 107 | Community Bank of Elmhurst | Final distribution to claim 1 representing a payment of 13.45 % per court order. | 7100-000 | | $71,058.32 | $1,674.26 |
| 02/05/16 | 108 | AERMICAN EXPRESS BANK c/o Becket and Lee LLP P.O. Box 3001 Malvern, PA  19355 | Final distribution to claim 2 representing a payment of 13.45 % per court order. | 7100-000 | | $1,674.26 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $150,000.00 | $150,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $150,000.00 | $150,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $150,000.00 | $150,000.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Page Subtotals: $0.00   $72,962.26

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3714 - Checking | $150,000.00 | $150,000.00 | $0.00 |
| | $150,000.00 | $150,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $150,000.00 |
| Total Gross Receipts: | $150,000.00 |